1   Demetrius-Lamar: Thompson
2   3830 Ebbtide Dr.
3   Houston Texas Republic [77045]
4
5
6                   UNITED STATES DISTRICT COURT
7
8            FOR THE NORTHERN DISTRICT OF TEXAS
9
10

MAY 23 2025 PM3:03
FILED-USDC-NDTX-FW

11   DEMETRIUS LAMAR THOMPSON,      Case No.: **4-25CV-552-0**
12
13         Plaintiff,
14                       **OBECTION, JUDICIAL NOTICE**
15        vs.                **TO THE COURT, DEMAND**
16                       **NATURE AND CAUSE OF**
17   THE STATE OF TEXAS ET AL. - A    **PROCEEDINGS, DEMAND FOR**
    CORPORATION                    **DISCOVERY OF EVIDENCE OF**
18
19   TOWN OF FLOWER MOUND - A CORPORATION  **AN INJURY IN FACT TO SUPPORT**
20                          **CLAIMS BY TREASON, SEXUAL**
21   TOWN OF FLOWER MOUND - A CORPORATION  **ASSAULT, PETITIONER,**
22                         **INVOKING RIGHTS AND**
23   GRAND PRAIRIE, CITY OF (INC) - A CORPORATION  **PRIVILEGES CLAUSE ARTICLE 4**
    GRAND PRAIRIE, CITY OF (INC) - A CORPORATION  **SECTION 2 U.S. CONSTITUTION**
24
25   J. HOBBS #370 - DBA FLOWER MOUND PEACE OFFICER
26   J. ZENTENO #404 - DBA FLOWER MOUND PEACE
    OFFICER

    B. EDMONDSON #378 - DBA FLOWER MOUND PEACE
    OFFICER

    FLOWER MOUND POLICE ASSOCIATION - A
    CORPORATION

    CHERYL MOORE - DBA FLOWER MOUND MAYOR

OBECTION, TREASON, SEXUAL ASSAULT, JUDICIAL NOTICE TO THE COURT, DEMAND NATURE
AND CAUSE OF PROCEEDINGS, DEMAND FOR DISCOVERY OF EVIDENCE OF AN INJURY IN FACT TO
SUPPORT CLAIMS BY PETITIONER, INVOKING RIGHTS AND PRIVILEGES CLAUSE ARTICLE 4
SECTION 2 U.S. CONSTITUTION - 1

Defendant

## OBECTION, TREASON, SEXUAL ASSAULT, JUDICIAL NOTICE TO THE COURT, DEMAND NATURE AND CAUSE OF Proceedings, DEMAND FOR DISCOVERY OF EVIDENCE OF AN INJURY IN FACT TO SUPPORT CLAIMS BY PETITIONER, INVOKING RIGHTS AND PRIVILEGES CLAUSE ARTICLE 4 SECTION 2 U.S. CONSTITUTION PLAINTIFFS' ORIGINAL COMPLAINT

*COME NOW DEMETRIUS LAMAR THOMPSON,* Plaintiff, alleges as follows:

## 1. PARTIES

a.    Plaintiff DEMETRIUS LAMAR THOMPSON is a private American living within the Republic of Texas protected by the "EXIT AND ART HOUSE OF SUPREME" and the laws of equity under the Kingdom of God.

b.    Defendant THE STATE OF TEXAS (hereinafter referred to as "THE STATE OF TEXAS") is a corporation with the EIN (Employee Identification Number) of 75-0257217 and principal office located at 300 W 15th St, Austin, TX 78701. Defendant is at all times doing business as THE STATE OF TEXAS within the Republic of Texas.

-    **Corporation:** An artificial person or legal entity created by or under the authority of the laws of a state or nation, composed, in some rare

instances, of a single person and his successors. (Black's Law Dictionary, 2nd Ed.)

c.     Defendants are employees and or citizens of the United States, acting as Judicial Officers of department agencies of THE STATE OF TEXAS whose principal office of business is located 300 W 15th St, Austin, TX 78701. Defendant is at all times doing business as public officials within the Republic of Texas.

## 2.    JURISDICTION & VENUE

a.     This district court has original jurisdiction of this civil action pursuant to 28 U.S. Code § 1331= Federal Question,  28 U.S. Code § 1357 - Injuries under Federal laws, due to violation of 44 FEDERAL RULES OF CIVIL PROCEDURE, FEDERAL RULES OF EVIDENCE, 18 U.S. CODE § 241 - CONSPIRACY AGAINST RIGHTS, 18 U.S. CODE § 242 - DEPRIVATION OF RIGHTS UNDER COLOR OF LAW, which caused injury and damage to both Plaintiffs person and property by Defendant(s).

b.     This district court has the original jurisdiction of this civil action pursuant to 28 USC 1332(a) The amount for damages done exceeds

Seventy-Five Thousand Dollars ($75,000) exclusive of interest and costs.

c.    This district court has the original jurisdiction of this civil action pursuant to U.S. CODE § 1331 FEDERAL QUESTION, for Plaintiff has a series of Federal Questions for the Defendants that need answer under penalty of perjury. The reasons for questions are relevant to the status of Defendants, establish rather the assertion of jurisdiction by Defendants was lawful and provide additional evidence to Plaintiff's claim.

## III.    BACKGROUND

I.1    On April 5th, 2025, at or about 9:00PM, Defendants THE STATE OF TEXAS, TOWN OF FLOWER MOUND, J. HOBBS #370, J. ZENTENO #404,

I.2    B. EDMONDSON, FLOWER MOUND POLICE ASSOCIATION et al. caused damage and injury to Plaintiff. Defendants were negligent of their public duty and oath to office. Defendants initiated an unlawful traffic stop pursuant to TITLE 7. VEHICLES AND TRAFFIC SUBTITLE C. RULES OF THE ROAD Sec. 546.002. WHEN CONDUCT

PERMISSIBLE. (a), (b). DefendantTHE STATE OF TEXAS, TOWN OF FLOWER MOUND, J. HOBBS #370, J. ZENTENO #404,

I.3    B. EDMONDSON, FLOWER MOUND POLICE ASSOCIATION. et al. violated Plaintiffs Constitutionally protected 4th Amendment right – SEARCH AND SEIZURE pursuant to Patrol Car Emergency Lights Can be a Seizure: U.S. v. Gaines (10th Cir., 2019). Defendant THE STATE OF TEXAS, TOWN OF FLOWER MOUND, J. HOBBS #370, J. ZENTENO #404, B. EDMONDSON, FLOWER MOUND POLICE ASSOCIATION. et al. caused injury targeting the Plaintiff looking for drunk people J. HOBBS #370 then forced the Plaintiff to give up info against his will. Plaintiff was unlawfully detained for almost thirty (30) minutes before forcefully undergoing an unlawful search and arrest by Defendants. At no point in time can the Plaintiff grab people against their will and start groping to the point where I'm grabbing their draws four different times. Plaintiff DEMETRIUS LAMAR THOMPSON was unlawfully taken against will into custody for what the Defendants said was for a warrant in GRAND PRAIRIE, TEXAS after forcefully removing Plaintiff. Defendant then committed grand

theft by unlawfully impounding the Plaintiff's automobile. Plaintiff

was forced to be unlawfully groped, fingerprint, provide signature,

identify personal information and forced to pay Grand Prairie city of

(INC) before being released. Upon release on April 9th the Plaintiff

requested oath of office, body cam footage, and car cam footage.

After about 10 days Taylor, Olson, Adkins, Sralla & Elam, L.L.P. sent an

email stating that they will be unable to complete the request until

May 22nd which seems like the peace officers don't have what is

required and the defendants were trying to cover it up. The Clearfield

Doctrine clearly states that "Governments descend to the level of a

mere private corporation, and take on the characteristics of a mere

private citizen...where private corporate commercial paper [Federal

Reserve Notes] and securities [checks] is concerned. ... For purposes

of suit, such corporations and individuals are regarded as entities

entirely separate from government." These actions are clearly a

violation of The 1970 RICO ACT also.   The defendant(s) actions and

negligence caused Plaintiff personal injury and damages as more

thoroughly described herein. Therefore, Plaintiff brings suit on the following grounds stated below.

## IV.   CAUSES OF ACTION: DEFENDANT, THE STATE OF TEXAS, Town of Flower Mound, J. HOBBS #370, J. ZENTENO #404,

## V.   B. EDMONDSON, FLOWER MOUND POLICE ASSOCIATION. et al.

## IGNORANTIA JURIS NON EXCUSAT

4.1   Defendant(s) THE STATE OF TEXAS, Town of Flower Mound, J. HOBBS #370, J. ZENTENO #404, B. EDMONDSON, FLOWER MOUND POLICE ASSOCIATION , et al., was negligent in their actions and/or omissions which caused injury to Plaintiff. Specifically, Defendants were negligent in their actions and/or omissions which caused injury in, but not limited to this manner:

a)   Failing to provide Plaintiff right to due process of law;

b)   False imprisonment of Plaintiff **18 U.S. Code § 1365 - Tampering with consumer products**;

c)   Theft of Plaintiff's property for private emolument;

d)      Use of fictitious conveyance of language against Plaintiff pursuant to **18 U.S. Code § 514 - Fictitious obligations & 18 U.S. Code § 1001 - Statements or entries generally**;

e)      Entering false claims against Plaintiff without proof of injury pursuant to **18 U.S. Code § 287 - False, fictitious or fraudulent claims & 18 U.S. Code § 1001 - Statements or entries generally**;

f)      Impaired the Plaintiff's constitutional right to contract; unlimited;

g)      Defendants failed in duty and obligation to uphold, protect and defend both the State and United States of America Constitution, constituting breach of trust;

h)      Defendants denied Plaintiff evidence allowing Plaintiff to face his accuser pursuant to the 6th Amendment of the Constitution;

i)      Defendants violated the **FEDERAL RULES OF CIVIL PROCEDURE**;

j)      Defendants violated the **FEDERAL RULES OF EVIDENCE**;

k)      Defendants committed **18 U.S. CODE § 241 - CONSPIRACY AGAINST RIGHTS**;

OBECTION, TREASON, SEXUAL ASSAULT, JUDICIAL NOTICE TO THE COURT, DEMAND NATURE AND CAUSE OF Proceedings, DEMAND FOR DISCOVERY OF EVIDENCE OF AN INJURY IN FACT TO SUPPORT CLAIMS BY PETITIONER, INVOKING RIGHTS AND PRIVILEGES CLAUSE ARTICLE 4 SECTION 2 U.S. CONSTITUTION - 8

l)      Defendants committed **18 U.S. CODE § 242 -**

**DEPRIVATION OF RIGHTS UNDER COLOR OF LAW**;

m)      Defendants, under coercion and duress, unlawfully caused

bodily injury by way of forceful injection into Plaintiff of an unknown

substance against his will pursuant to **18 U.S. Code § 2266 - Definitions**;

n)      Defendants committed Defamation of Character against

Plaintiff by publicly promoting unlawful arrest warrants for mere statutory

traffic citations pursuant **to 28 U.S.C. § 4101 - U.S. Code - Unannotated Title**

**28. Judiciary and Judicial Procedure § 4101. Definitions**;

o)      Defendants violated the Supremacy Clause; due to all codes,

rules, regulations, ordinances and policies being **Ex post facto**;

p)      Defendants violated Action for Neglect to Prevent pursuant to

**42 U.S. Code § 1986 - Action for neglect to prevent**;

q)      Defendants pretended to be Federal Officers pursuant to **18 U.S.**

**Code § 912 - Officer or employee of the United States & 18 U.S. Code § 499**

**- Military, naval, or official passes**, for police officers ARE NOT judicial

officers but mere employees of department agencies posing as law enforcement,

who are truly private contractors;

r) Defendants violated The 1970 RICO ACT

4.2    Defendant(s) THE STATE OF TEXAS, THE STATE OF TEXAS,

Town of Flower Mound, J. HOBBS #370, J. ZENTENO #404,

B. EDMONDSON, FLOWER MOUND POLICE ASSOCIATION. et al., actions and/or

omissions caused injury to Plaintiff as described above. Defendant's negligence

and/or omissions produced a violation of due process of law, which caused

injury as described more thoroughly therein. Defendant(s) therefore are liable to

Plaintiff for injuries and damages sustained as a direct result of Defendant's

negligence.

4.3    Defendant(s) THE STATE OF TEXAS, Town of Flower Mound, J.

HOBBS #370, J. ZENTENO #404, B. EDMONDSON, FLOWER MOUND POLICE

ASSOCIATION et al., is legally responsible to Plaintiff for injury and misconduct

of its officials, private contractors and department agencies thereof under the

legal doctrine *respondeat superior* because Defendant's above mentioned

members were acting within the course and scope of such employment at all

times relevant to this matter.  As a result thereof, Defendant(s) THE STATE OF

TEXAS, Town of Flower Mound, J. HOBBS #370, J. ZENTENO #404,

B. EDMONDSON, FLOWER MOUND POLICE ASSOCIATION, et al., are also legally responsible for the negligence of its officials, private contractors and department agencies thereof.

## V.    FEDERAL QUESTIONS  28 U.S. Code § 1331

5.1    Did the Defendants follow the Federal Rules of Evidence, the Federal Rules of Civil Procedure and or lawfully establish jurisdiction of venue in cases involving Plaintiff? If so, can Defendant provide proof of such claim on and for the record?

a) *"Court must prove on the record, all jurisdiction facts related to the jurisdiction asserted." Lantana v. Hopper, 102 F. 2d 188; Chicago v. New York 37 FSupp. 150*

b) *"...[H]owever late this objection [to jurisdiction] has been made, or may be made in any cause, in an inferior or appellate court of the United States, it must be considered and decided, **BEFORE any court can move ONE FURTHER STEP IN THE CAUSE**; as any movement is necessarily the exercise of jurisdiction." RHODE ISLAND MASSACHUSETTS, 37 U.S. 657, 718, 9 L.Ed. 1233 (1838).*

c) *"Where a court failed to observe safeguards, it amounts to denial of due process of law, court is deprived of juris." Merritt v. Hunter, C.A. Kansas 170 F2d 739*

d) *"A court has no jurisdiction to determine its own jurisdiction, for a basic issue in any case before a tribunal is its power to act, and a court must have the*

*authority to decide that question the first instance.* " <u>Rescue Army v. Municipal Court of Los Angeles, 171 P2d 8: 331 US 549, 91 K, ed, 1666m 67 S, Ct, 1409</u>

e)  *"A court cannot confer jurisdiction where none existed and cannot make a void proceeding valid. It is clear and well established law that a void order can be challenged in any court",* <u>OLD WAYNE MUT. L. ASSOC. v. McDONOUGH, 204 U. S. 8, 27 S. Ct. 236 (1907)</u>

f)  *"The burden shifts to the court to prove jurisdiction."* <u>Rosemond v. Lambert, 469 F 2d 416</u>

g)  *"When a judge acts where he or she does not have jurisdiction to act, the judge is engaged in an act or acts of treason.* " <u>US v Will, 449 US 200,216, 101 S Ct, 471, 66 LEd2nd 392, 406 (1980) Cohens V Virginia, 19 US (6 Wheat) 264, 404, 5LEd 257 (1821)</u>

h)  *"if the record does not show upon its face the facts necessary to give jurisdiction, they will be presumed not to have existed. "* <u>Norman v. Zieber, 3 Or at 202</u>-03.

i)  *"The law requires proof of jurisdiction to appear on the record of the administrative agency and all administrative proceedings."* <u>Hagans v. Lavine, 415 U. S. 538 (1974)</u>

j)  <u>U.S. v. Cooper, 312 US 600,604, 61 S.Ct 742 (1941)</u>: *"Since in common usage* **the term 'person' does not include the sovereign, statutes employing that term are ordinarily construed to exclude it.** "

k)  <u>Church of Scientology v. US Department of Justice, 612 F.2d 417, 425</u>

*(1979): "the word 'person' in legal terminology is perceived as a general word which normally includes in its scope a variety of **entities other than human beings**. See e.g., 1 U.S.C. Sec. 1."*

l)   *"Men are endowed by their Creator with certain **un**alienable rights, -'life, liberty, and the pursuit of happiness;' and to 'secure,' **not grant or create, these rights, governments are instituted. That property [or income] which a man has honestly acquired he retains full control of.**" [Budd v. People of State of New York, 143 U.S. 517 (1892)]*

5.2    Are Defendants natural man or woman in their proper status and if so, does he/she swear under penalty of perjury to have proof of injury or lawful fact to claim interest in case involving Plaintiff?

a)   *"For a crime to exist, **there must be an injured party** (Corpus Delicti)*

*There can be no sanction or penalty imposed on one because of this*

*Constitutional right." Sherer v. Cullen 481 F. 945:*

b)   *"**With no injured party, a complaint is invalid on its face**". Gibson v. Boyle, 139 Ariz. 512*

5.3    Can Defendants under penalty of perjury prove that the Plaintiff is subject to any rules, regulations, statues, polices, ordinances or codes as implied in initial complaints and citations against Plaintiff?

a)   *"**All codes, rules and regulations are applicable to the government authorities only,** not Human/Creators in accordance with God's laws. All codes, rules and regulations are unconstitutional and lacking in due process..." RODRIQUES v RAY DONAVAN (U.S. Department of Labor), 769 F. 2d 1344, 1348 (1985).*

OBECTION, TREASON, SEXUAL ASSAULT, JUDICIAL NOTICE TO THE COURT, DEMAND NATURE AND CAUSE OF Proceedings, DEMAND FOR DISCOVERY OF EVIDENCE OF AN INJURY IN FACT TO SUPPORT CLAIMS BY PETITIONER, INVOKING RIGHTS AND PRIVILEGES CLAUSE ARTICLE 4 SECTION 2 U.S. CONSTITUTION - 13

b) *"The right to travel is a well-established common right that does not owe its existence to the federal government. It is recognized by the courts as a natural right."* *{Schactman v. Dulles 96 App DC 287, 225 F2d 938*

c) ***"The state cannot diminish rights of the people."*** *{Hertado v. California, 110 US 516,}*

d) *"Statutes that violate the plain and obvious principles of common right and common reason are null and void."* *{Bennett v. Boggs, 1 Baldw 60,}*

e) *"The assertion of federal rights, when plainly and reasonably made, is not to be defeated under the name of local practice."* *{Davis v. Wechsler, 263 US 22, at 24}*

f) *"Where rights secured by the Constitution are involved, **there can be no rule making or legislation which would abrogate them**."* *{Miranda v. Arizona, 384 US 436, 491.}*

g) *"The claim and exercise of a constitutional right cannot be converted into a crime."* *{Miller v. US, 230 F 486, at 489.}*

5.4    Are the Defendants not United States Citizens?

a) TITLE 18 > PART 1 > CHAPTER 43 > § 911: Citizen of the United States
*"Whoever falsely and willfully represents himself to be a citizen of the United States shall be fined under this title or imprisoned not more than three years, or both."*

b) "Therefore, the U.S. citizens residing in one of the states of the union, are classified as property and franchises of the federal government as an "individual entity"", Wheeling Steel Corp. v.Fox, 298 U.S. 193, 80 L.Ed. 1143, 56 S.Ct. 773

OBECTION, TREASON, SEXUAL ASSAULT, JUDICIAL NOTICE TO THE COURT, DEMAND NATURE AND CAUSE OF PROCEEDINGS, DEMAND FOR DISCOVERY OF EVIDENCE OF AN INJURY IN FACT TO SUPPORT CLAIMS BY PETITIONER, INVOKING RIGHTS AND PRIVILEGES CLAUSE ARTICLE 4 SECTION 2 U.S. CONSTITUTION - 14

c) In Volume 20: Corpus Juris Sec. § 1785 we find ***"The United States government is a foreign corporation with respect to a State"*** *(*see: NY re: Merriam 36 N.E. 505 1441 S. 0.1973, 14 L. Ed. 287)

5.5    Is the Defendants initial complaint against Plaintiff not under Color of Law?

a) <u>Black's Law Dictionary, Fifth Edition, p. 241</u>, color of law: *The appearance or semblance, without the substance, of legal right.* ***Misuse of power, possessed by virtue of state law and made possible only because wrongdoer is clothed with authority of state,*** *is action taken under "color of state law."* <u>Atkins v. Lanning, D.C.Okl., 415 F.Supp. 186, 188.</u>

5.6    Did the Defendants do everything in their power to prevent the Plaintiff from injury due to Deprivation of Human Rights, Conspiracy against Human Rights?

a) <u>USC TITLE 18 > PART I> CHAPTER 13 > § 241</u> **Conspiracy against rights:** **"***If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same or have intent* **to prevent or hinder his free exercise or enjoyment of any right** *or privilege so secured- They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include* **kidnapping or an attempt to kidnap,** *aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they*

*shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death."*

b) **Constitution of the State of Texas 1876 Art. 1, § 18** - Imprisonment for debt No person shall ever be imprisoned for debt.

5.7     Did Defendants who are acting in their corporate status, undoubtedly uphold their Oaths to Office while effectively performing duties that protect the Unalienable rights of the Plaintiff as per the **Declaration of Independence** secured in the contract known as the Constitution for the united States of America 1789 and Bill of Rights Ratified in 1791?

a) *"Inasmuch as every government is an artificial Person, an abstraction, and a creature of the mind only, **a government can interface only with other artificial persons.** The imaginary, having neither actuality nor substance, is foreclosed from creating and attaining parity with the tangible. The legal manifestation of this is that no government, as well as any law, agency, aspect, court, etc. **can concern itself with anything other than corporate, artificial persons and the contracts between them."* <u>S.C.R. 1795, Penhallow v. Doane's Administrators 3 U.S. 54; 1 L.Ed. 57; 3 Dall. 54;</u>

<u>b)</u> *"the contracts between them" involve U.S. citizens, which are deemed as Corporate Entities: "Therefore, the U.S. citizens residing in one of the states of the union, are classified as property and franchises of the federal government as an individual entity""*, <u>Wheeling Steel Corp. v. Fox, 298 U.S. 193, 80 L.Ed. 1143, 56 S.Ct. 773</u>

5.8    Are the Defendants under penalty of perjury firsthand witnesses to the claims of injury against the Plaintiff?

a) *"Statements of counsel in brief or in argument are not facts before the court and are therefore insufficient for a motion to dismiss or for summary judgment."*Trinsey v Pagliaro, D.C. Pa. 1964, 229 F. Supp. 647.

b) *"The prosecutor is not a witness; and he should not be permitted to add to the record either by subtle or gross improprieties. Those who have experienced the full thrust of the power of government when leveled against them know that the only protection the citizen has is in the requirement for a fair trial*." Donnelly v. Dechristoforo, 1974.SCT.41709 ¶ 56; 416 U.S. 637 (1974) Mr. Justice Douglas, dissenting.

c) *"Factual statements or documents appearing only in briefs shall not be deemed to be a part of the record in the case, unless specifically permitted by the Court"* – Oklahoma Court Rules and Procedure, Federal local rule 7.1(h).

d) *"Where there are no depositions, admissions, or affidavits the court has no facts to rely on for a summary determination."* Trinsey v. Pagliaro, D.C. Pa. 1964, 229 F. Supp. 647.

e) *Frunzar v. Allied Property and Casualty Ins. Co., (Iowa 1996)† 548 N.W.2d 880 Professional statements of litigants attorney are treated as affidavits, and attorney making statements may be cross-examined regarding substance of statement.*

f) *Porter v. Porter, (N.D. 1979 ) 274 N.W.2d 235 ñ The practice of an attorney filing an affidavit on behalf of his client asserting the status of that client is not approved, inasmuch as not only does the affidavit become hearsay, but it places the attorney in a position of witness thus compromising his role as advocate.*

OBECTION, TREASON, SEXUAL ASSAULT, JUDICIAL NOTICE TO THE COURT, DEMAND NATURE AND CAUSE OF Proceedings, DEMAND FOR DISCOVERY OF EVIDENCE OF AN INJURY IN FACT TO SUPPORT CLAIMS BY PETITIONER, INVOKING RIGHTS AND PRIVILEGES CLAUSE ARTICLE 4 SECTION 2 U.S. CONSTITUTION - 17

g) *Attorneys are considered FOREIGN AGENTS under the FOREIGN AGENTS REGISTRATION ACT (FARA) and are SUBJECTS of the BAR ASSOCIATION.*

h) *Government Is Foreclosed from Parity with Real People – Supreme Court of the United States 1795 See...* S.C.R. 1795, Penhallow v. Doane's Administrators (3 U.S. 54; 1 L.Ed. 57; 3 Dall. 54),

## VI.    GENERAL DAMAGES

6.1    As a direct result of the Defendants' negligence, Plaintiff suffered damages allowed by law for personal injuries in an amount excess of Nine Million Dollars ($9,000,000.00 USD).

6.2    As a further result of Defendant's negligence, Plaintiff DEMETRIUS LAMAR THOMPSON  has suffered substantial personal injuries. Plaintiff DEMETRIUS LAMAR THOMPSON suffered the following damages:

a)    False Imprisonment

b)    Defamation of Character

c)    Deprivation of Human Rights

d)    Conspiracy Against Human Rights

e)    Denial of Due Process

f)    Theft of personal property

g)    Trickery through use of Fictitious Conveyance of Language

OBECTION, TREASON, SEXUAL ASSAULT, JUDICIAL NOTICE TO THE COURT, DEMAND NATURE AND CAUSE OF Proceedings, DEMAND FOR DISCOVERY OF EVIDENCE OF AN INJURY IN FACT TO SUPPORT CLAIMS BY PETITIONER, INVOKING RIGHTS AND PRIVILEGES CLAUSE ARTICLE 4 SECTION 2 U.S. CONSTITUTION - 18

h)     Pain and suffering

i)      Emotional Distress

j)      Loss of Enjoyment of Life

## VII.   PUNITIVE DAMAGES

7.1     Plaintiff incorporates herein by reference Paragraphs I through V-5.8h,

inclusive, of this Complaint.

7.2     Defendants' acts and/or omissions are of such a character to rise to the

level of gross negligence, misconduct and fraud. Furthermore, Plaintiff

would show that the acts and/or omissions of Defendants were carried out

with a conscious disregard for an extreme danger of risk and the rights of

others and with actual awareness on the part of Defendants that their acts

would, in reasonable probability, result in serious personal injury or death.

Defendants caused substantial personal injury to Plaintiff and engaged in

acts or omissions that, when viewed objectively from the standpoint of

Defendant at the time of the occurrence, involved an extreme degree of risk,

considering the probability and magnitude of the potential harm to Plaintiff.

Further, Defendants, personally or through its employees and management,

had actual, subjective awareness of the risk involved in their acts and

omissions, but nevertheless, proceeded with conscious indifference to the rights, safety, or welfare of others, including the Plaintiff.

7.3    Plaintiff seeks exemplary damages pursuant to Plaintiff seeks the imposition of punitive or exemplary damages from Defendants without limitation as imposed by § 41.008 of the Texas Civil Practices and Remedies Code.

## VIII.  PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests this Court issue citation to Defendants to answer, and upon a trial by jury of this matter, enter judgment against the above-named Defendants for compensatory damages in an amount in excess of Nine Million Dollars ($9,000,000.00 USD), together with pre- and post- judgment interest, attorneys' fees, costs and such other and further relief as the Court deems just and equitable.

Plaintiff also requests this Court issue citation to Defendants to answer, and upon a trial by jury of this matter, enter judgment against the above-named Defendants for permanent injunction against Defendants, as well as the return of Plaintiff's private property, chattels, and dismissal of all prior allegations and judgements **WITH PREJUDICE**.

OBECTION, TREASON, SEXUAL ASSAULT, JUDICIAL NOTICE TO THE COURT, DEMAND NATURE AND CAUSE OF PROCEEDINGS, DEMAND FOR DISCOVERY OF EVIDENCE OF AN INJURY IN FACT TO SUPPORT CLAIMS BY PETITIONER, INVOKING RIGHTS AND PRIVILEGES CLAUSE ARTICLE 4 SECTION 2 U.S. CONSTITUTION - 20

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Dated this 20th of May 2025.

Demetrius-Lamar: Thompson – Private American, Pro-Se Litigant

DEMETRIUS LAMAR THOMPSON,                                    EXHIBIT
LIST

Plaintiff,

vs.

THE STATE OF TEXAS et al. - a CORPORATION,

# EXHIBIT – A

**EXHIBIT LIST Page 1 of 105**

**TOWN OF FLOWER MOUND**
Citation #: 20073816

Offense Date and Time : 04/05/2025 at 21:15 MM
Issue Date and Time : 04/05/2025 at 21:15 MM

**VIOLATOR**
Last Name: THOMPSON
First Name: DEMETRIUS          Mr. LAMAR     Suffix:     DOB: 01/06/1992
Address: 2828 FATIMA AVE
City: DALLAS                   State: TX     Zip: 75241
Hgt: 507                       Wgt: 216      Sex: M
Eyes: BRO                      Hair: BLK     Race: B
SSN:                                          Ethnicity: NH
Phone: NA
DL #: 35545891                 DL State: TX
CDL No.                        Class: C
Per./Emp. Type:
Per./Emp. Name:
Per./Emp. Addr:
Per./Emp. CSZ:
Per./Emp. Ph #:

**REGISTRATION**
Veh Yr.: 2002     Veh. Tag: VTV1738          State: TX
Color: DARK BLUE                              Reg Exp: 0925
Make: INFINITI                  Model: G20
VIN/HIN: JNKCP11A7ZT511162      Type: SED
CMV No                          HazMat. No
Trailer State:                  Tag           Reg Exp:

**LOCATION**
5959 LONG PRAIRIE RD

Direction of Turn:

**VIOLATIONS**
Citation : Seatbelt- Driver Fail To Wear/Wear
Property
Citation : No Liability Insurance Proof
Citation : Expired Drivers License
Citation : Driving Without License In Possession

Speed : MPH              Posted Speed: MPH
Collision Zone: No       Workers Present: No
Accident : No            School Zone: No
Search: Incident to on-site arrest    Krew Zone: No
Consent/etc: *None       Case #
Attempted and unable to verify Financial Responsibility:  YES

Officer Name/Badge: J. HOBBS  370      Unit: 43500-1010__STEP
Second Officer/Badge:

**NOTICE TO APPEAR - YOU MUST CONTACT**
FLOWER MOUND MUNICIPAL COURT
4150 KIRKPATRICK LANE, FLOWER MOUND, TEXAS 75028
972-874-3370
HOURS: MONDAY-FRIDAY 8:00 A.M. to 4:30 P.M.
Appearance Date: on or before  04/21/2025

WITHOUT ADMITTING GUILT I PROMISE TO APPEAR AT THE TIME AND PLACE
LISTED ABOVE

Signature _____
THIS IS NOT A PLEA OF GUILTY NOR YOUR DISPOSITION TO APPEAR (if requested)
READ THE INSTRUCTIONS BELOW
RETAIN THIS COPY FOR YOUR RECORDS

Please note that it does not constitute an appearance, but the staff can answer questions regarding options for handling your citation and more information.

A telephone call does not constitute an appearance, but the staff can answer questions regarding options for handling your citation and more information.

Please allow three (3) business days for your citation to be entered before contacting the court.

Please visit the Town of Flower Mound Municipal Court's website regarding options for
www.flowermound.gov/347/Municipal-court

**MINORS WITH ALCOHOL AND TOBACCO VIOLATIONS**
If you are under the age of 21 and were cited for an alcohol or tobacco related violation, you must appear in court to take care of your citation. An appearance date will be

Failure to comply with your written promise to appear in court as listed on this citation will constitute a separate offense which you may be charged and could result in additional fine, costs, and/or warrant(s) being issued for your arrest. All fine amounts are subject to change without notice. You may also have alternative options, such as community service, extensions, time served, or indigence by setting a court hearing and obtaining a court order.

**JUVENILES**

Juveniles (under 17 years of age) MUST APPEAR IN COURT with a parent or guardian. A Juvenile's address is sent along with a notice to the address on the front of your citation. DO NOT MAIL A PLEA OR A PAYMENT TO THE COURT. Payment received (05-2015-2). A plea cannot be accepted by mail; you must appear before the court to enter a plea. In the case of a nonresident of the state, the obligation to provide the court's notice with the correct address and residence of the child. The obligation does not end when the child reaches age 17. On or before the seventh day of the record of... the child's parent or guardian shall notify the court of the current address in the manner directed by the court. A violation of this subsection may result in arrest or in a Class C misdemeanor. The obligation to provide notice terminates on discharge and satisfaction of the judgment or the final disposition not requiring a finding of guilt.

**OPTIONS FOR HANDLING YOUR CITATION**

**Option 1 - To PLEAD GUILTY AND PAY THE FINE. THIS WILL RESULT IN A CONVICTION AND MAY AFFECT YOUR DRIVING RECORD.**

To pay your fine and court costs and plead guilty or no contest by mail resulting in a conviction.

- In person
- By mail
- E-mail
- Online at ...
- By phone at 877-342-0800. Additional fees will apply.

Sign in the place below and mail this citation with the fine and court costs by the date indicated on the front of the citation. Payment may be sent in the form of a check or money order unless payable to the Town of Flower Mound).

To verify the amount seen QR code above. Go to Fines and Court Costs.

I am 17 years of age or older. I waive my right to a jury trial and a sworn complaint and pleaded GUILTY/NO CONTEST (circle one) to charge(s) listed on the front.

Indicate Which Charge(s) Charge 1 ___ Charge 2 ___ Charge 3 ___

Signature _____  Date _____

**Option 2 - To request a Court Hearing.**

Scan QR code above. Go to Court Date / Reschedule Request. Complete form and submit. A letter will be mailed to your home address with a scheduled date and time. The following are options will keep the violation from appearing on your driving record if completed successfully.

**Option 3 - To request Driving Safety Course to satisfy one moving violation.**

You may be able to require that this charge be dismissed by successfully completing a driving safety course or a motorcycle operator training course. You will lose the right on or before your appearance date, you do not provide the court with notice of your request to take the course.

Scan QR code above. Go to Driving Safety Course and follow instructions.

**Option 4 - To request Deferred Disposition (probation).**

Scan QR code above. Go to Deferred Disposition and follow instructions.

A SECOND OR SUBSEQUENT CONVICTION OF AN OFFENSE UNDER THE TEXAS MOTOR VEHICLE SAFETY RESPONSIBILITY ACT WILL RESULT IN THE SUSPENSION OF YOUR DRIVER'S LICENSE AND MOTOR VEHICLE REGISTRATION UNLESS YOU FILE AND MAINTAIN PROOF OF FINANCIAL RESPONSIBILITY WITH THE DEPARTMENT OF PUBLIC SAFETY FOR TWO YEARS FROM THE DATE OF CONVICTION. THE DEPARTMENT MAY WAIVE THE REQUIREMENT TO FILE PROOF OF FINANCIAL RESPONSIBILITY IF YOU FILE SATISFACTORY EVIDENCE WITH THE DEPARTMENT SHOWING THAT AT THE TIME THIS CITATION WAS ISSUED THE VEHICLE WAS COVERED BY A LIABILITY INSURANCE POLICY OR THE VEHICLE WAS OTHERWISE EXEMPT FROM THE REQUIREMENTS TO PROVIDE EVIDENCE OF FINANCIAL RESPONSIBILITY. TRC 601.233(A)

IF YOU ARE CONVICTED OF A MISDEMEANOR OFFENSE INVOLVING VIOLENCE WHERE YOU ARE OR WERE A SPOUSE, INTIMATE PARTNER, PARENT, OR GUARDIAN OF THE VICTIM OR ARE OR WERE INVOLVED IN ANOTHER, SIMILAR RELATIONSHIP WITH THE VICTIM, IT MAY BE UNLAWFUL FOR YOU TO POSSESS OR PURCHASE A FIREARM, INCLUDING A HANDGUN OR LONG GUN, OR AMMUNITION, PURSUANT TO FEDERAL LAW UNDER 18 U.S.C. SECTION 922(g)(9) OR STATE LAW. TEXAS PENAL CODE. IF YOU HAVE ANY QUESTIONS WHETHER THESE LAWS MAKE IT ILLEGAL FOR YOU TO POSSESS OR PURCHASE A FIREARM, YOU SHOULD CONSULT AN ATTORNEY.

By providing my cell/text phone number, I am agreeing to receive text notifications, reminders and scheduling information about my case. To opt out please inform the court staff.

Criminal Trespass Warnings are valid for five years from the date of issuance.

To file compliance or complaints on the contact with the Flower Mound Police Department, contact the on-duty supervisor at:

Flower Mound Police Department
4150 Kirkpatrick Lane
Flower Mound, Texas 75028
972-539-0525
8:00 a.m. – 5:00 p.m.
Or pdcomments@flower-mound.com
Or pdcomms@flower-mound.gov

DEMETRIUS LAMAR THOMPSON,                                    EXHIBIT
LIST

Plaintiff,

vs.

THE STATE OF TEXAS et al. - a CORPORATION,

# EXHIBIT – B

**EXHIBIT LIST Page 2 of 105**

# DECLARATION OF EXIT AND ART HOUSE OF SUPREME TRUST June 22nd, 2022, 11:00 AM

THIS INDENTURE ("Agreement") made this 22nd day of June 2022 serves as a Declaration of Express Trust and shall continue for a term of twenty-five (25) years from this day, between Demetrius Lamar Thompson herein known as the Settlor and Trust Protector, (the first party) and Demetrius Lamar Thompson Trustee, herein known as the First Trustee, Sole Trustee or Trustee, (the second party), under the name of DEMETRIUS LAMAR THOMPSON EXPRESS TRUST d/b/a DEMETRIUS LAMAR THOMPSON. With this contract, the Parties intend to create an Express Trust Organization for the benefit of the Trust Certificate Unit Holders and to identify, accumulate, purchase, and hold any assets that become available and to provide for a prudent administration and distribution system administered by legal persons acting in a fiduciary capacity.

WITNESSETH: Whereas the Settlor, irrevocably assigns and conveys to the Trustee, in trust, specific properties as defined in The Trustee Minutes (1-0001), attached to this document in exchange for one hundred (100) units of Beneficial Interest, known hereto as Trust Certificate Units (TCUs) to be held with this Indenture by the Trustees for the Beneficiaries also known as Members of DEMETRIUS LAMAR THOMPSON EXPRESS TRUST d/b/a DEMETRIUS LAMAR THOMPSON.

<u>Trust:</u> "Trust" includes an express trust, private or charitable, with additions thereto, wherever, and however created.

<u>Property:</u> "Property" means anything that may be the subject of ownership and includes both real and personal property.

<u>Person:</u> "Person" means any natural person, individual, corporation, government or governmental subdivision or agency, business trust, estate, trust, partnership, limited liability company, association, or other entity.

<u>Settlor:</u> DEMETRIUS LAMAR THOMPSON – (defined) in law a **settlor** is a person who settles property in trust law for the benefit of beneficiaries. In some legal systems, a **settlor** is also referred to as a trustor or occasionally, a grantor or donor... A **settlor** may create a trust manifesting an intention to create it; grantor is the person who creates the trust.

<u>Trust Protector:</u> DEMETRIUS LAMAR THOMPSON or other authorized person in the future by settlor, - (defined) appointed under the trust instrument to direct, restrain, remove the trustee(s) or appoint a successor.

<u>Trustee(s):</u> DEMETRIUS LAMAR THOMPSON – (defined) includes an original, additional, or successor **trustee,** whether or not appointed or confirmed by a court. A person or firm that holds or administers property or assets for the benefit of a third party and can be given the powers to make investment decisions for the Trust, including but not limited to the authorization to open/close bank accounts or vote on the distribution of assets to the beneficiaries and/or has the power to hire persons whether an authorized person or not, including accountants, attorneys, auditors, investment advisers, appraisers or other agents even if they are associated or affiliated with the **trustee**, to advise or assist the **trustee** in the performance of administrative duties.

<u>Beneficial Owner:</u> DEMETRIUS LAMAR THOMPSON herein known as the First Beneficiary and other beneficiaries to come in future (defined) **beneficial owner** is where specific property rights ("use and title") in equity belong to a person even though legal title of the property belongs to another person. This often relates where the legal title owner has implied trustee duties to the beneficial owner.

DEMETRIUS LAMAR THOMPSON,                                    EXHIBIT
LIST

Plaintiff,

vs.

THE STATE OF TEXAS et al. - a CORPORATION,

# EXHIBIT – C

**EXHIBIT LIST Page 3 of 105**

"Governments descend to the level of a mere private corporation, and take on the characteristics of a mere private citizen...where private corporate commercial paper [Federal Reserve Notes] and securities [checks] is concerned. ... For purposes of suit, such corporations and individuals are regarded as entities entirely separate from government."

- *Clearfield Trust Co. v. United States*, 318 U.S. 363-371 **(1942)**

What the **Clearfield Doctrine** is saying is that when private commercial paper is used by **corporate government**, then Government loses its sovereignty status and becomes no different than a mere **private corporation**. As such, government (or in your case a court) then becomes bound by the rules and laws that govern **private corporations** which means that if they intend to **compel** an individual to some specific performance based upon its corporate statutes or corporation rules, then the government, like any **private corporation**, must be the *holder in due course* of a **contract** or **other commercial agreement** between it and the one upon whom demands for specific performance are made and further, the government must be willing to enter the **contract** or **commercial agreement** into evidence before trying to get to the court to enforce its demands, called statutes. - mhk]

## THE CLEARFIELD DOCTRINE **WAS RECORDED IN**

## **THE AMERICAN LAW REPORT OF 1938.**

THE DOCTRINE EXPLAINS: *ERIE RAILROAD COMPANY V. HARRY J. TOMPKINS*.

United States Supreme Court- April 25, 1938

(-U. S.- ,82 L. ed. (Adv. 787), 58 S. Ct.-.)

Courts. § 377 – duty of Federal Courts to follow State decisions on matters of general law.

1.    The Phrase "laws of the several states" in the provision of § 34 of the Federal Judiciary Act of **September 24, 1789**, chap. 20, 28 U.S.C.A. § 725, that the laws of the several states, ***except*** where the Constitution, treaties, or statutes of the United States otherwise require or provide, shall be regarded as rules of decision in trials at **COMMON LAW**, IN THE COURTS OF THE **United States**, in cases where they apply, cannot constitutionally be construed as excluding in matters of general jurisprudence the unwritten law of the state as declared by its highest court. *Swift v. Tyson*, 16 Pet. 1 10 L. ed. 865, OVERRULED.

Common Law, § 2- of nation.

2.    There is no Federal common law, and Congress has no power to declare substantive rules of common law applicable in a state, whether they be local or general in their nature, be they commercial law or a part of the law of torts. [See A. Jur. Title "common Law," § 5: R.C.L. title "Common Law." § 4.] Appeal, § 976- remand for further consideration-propriety.........Etc. (this can be found in any university library) page 1487 & 1500.

CLEARFIELD TRUST DOCTRINE. Governments descend to the level of a mere private corporation, and take on the characteristics of a mere private citizen... Where private corporate commercial paper [Federal Reserve Notes] and securities [checks] is concerned... For purposes of suit, such corporations and individuals are regarded as entities entirely separate from government. *Clearfield Trust Co. v. United States*, 318 U.S. 363-371 **(1942)**. See Note.

Note: The Clearfield Doctrine is **stare decisis*** upon all courts, and imposes that "an entity cannot compel performance upon its corporate statutes or corporation rules unless it, like any other corporation, is the Holder in Due Course of some contract or commercial agreement between it, and the one on whom

DEMETRIUS LAMAR THOMPSON,                              EXHIBIT

LIST

Plaintiff,

vs.

THE STATE OF TEXAS et al. - a CORPORATION,

# EXHIBIT – D

**EXHIBIT LIST Page 4 of 105**



**Upgrade to a smarter Gmail**
Secure, fast & organized email

OPEN

**Primary**

  

This message has been modified to fit your screen. Tap here to show original.

dun & bradstreet

05/05/25

Demetrius Thompson,

The following is the Dun & Bradstreet D-U-N-S® Number for **Town of Flower Mound**
D-U-N-S number: **027941160**
If this is YOUR COMPANY, learn how to monitor and potentially impact your Dun & Bradstreet business credit file with **D&B Credit Insights.**

Call **1-800-700-2733**, Monday through Friday, 8:00 AM to 6:00 PM local time or contact us at Dun & Bradstreet support.

Having trouble seeing this email? View in browser

Please add e.email@dnb.com to ensure delivery of our emails to your inbox.

This is a notification regarding your service with Dun & Bradstreet.

Privacy and Terms of Service Notice:
Your privacy is important to us; please see our Privacy Policy and Terms of Use. To unsubscribe from future emails click here, or to update your email preferences, please click



DEMETRIUS LAMAR THOMPSON,                                    EXHIBIT
LIST

Plaintiff,

vs.

THE STATE OF TEXAS et al. - a CORPORATION,

# EXHIBIT – E

**EXHIBIT LIST Page 5 of 105**

 **Upgrade to a smarter Gmail**
Secure, fast & organized email

OPEN

**Primary**

 

 **Dun & Bradstreet**
to me
May 5  Details

This message has been modified to fit your screen. Tap here to show original.



05/05/25

Demetrius Thompson,

The following is the Dun & Bradstreet D-U-N-S® Number for **Town of Flower Mound**

D-U-N-S number: **055060201**

If this is YOUR COMPANY, learn how to monitor and potentially impact your Dun & Bradstreet business credit file with **D&B Credit Insights.**

**Demetrius Thompson**

---------- Forwarded message ---------- From: Dun



DEMETRIUS LAMAR THOMPSON,                                                    EXHIBIT
LIST

Plaintiff,

vs.

THE STATE OF TEXAS et al. - a CORPORATION,

# EXHIBIT – F

**EXHIBIT LIST Page 6 of 105**

 **Upgrade to a smarter Gmail**
Secure, fast & organized email

OPEN

**Primary**

 **Dun & Bradstreet**
to me
9 days ago  Details



05/14/25

Demetrius Thompson,

The following is the Dun & Bradstreet D-U-N-S® Number for **Grand Prairie, City Of (Inc)**

D-U-N-S number: **010597169**

If this is YOUR COMPANY, learn how to monitor and potentially impact your Dun & Bradstreet business credit file with <u>D&B Credit Insights.</u>

Call **1-800-700-2733**, Monday through Friday, 8:00 AM to 6:00 PM local time or contact us at <u>Dun & Bradstreet support.</u>

Having trouble seeing this email? View in browser

Please add e.email@dnb.com to ensure delivery of our emails to your inbox.

This is a notification regarding your service with Dun & Bradstreet.

Privacy and Terms of Service Notice:
Your privacy is important to us; please see our Privacy Policy and Terms of Use.
To unsubscribe from future emails click here, or to update your email preferences, please click here.

© 2025 Dun & Bradstreet, Inc. All rights reserved. | 5335 Gate Pkwy, Jacksonville, FL 32256, USA



DEMETRIUS LAMAR THOMPSON,                                    EXHIBIT
LIST

Plaintiff,

vs.

THE STATE OF TEXAS et al. - a CORPORATION,

# EXHIBIT – G

**EXHIBIT LIST Page 7 of 105**



**Upgrade to a smarter Gmail**
Secure, fast & organized email

OPEN

**Primary**

show original.



05/14/25

Demetrius Thompson,

The following is the Dun & Bradstreet D-U-N-S® Number
for **Grand Prairie, City Of (Inc)**
D-U-N-S number: **010597169**
If this is YOUR COMPANY, learn how to monitor and
potentially impact your Dun & Bradstreet business credit
file with **D&B Credit Insights.**

Call **1-800-700-2733**, Monday through Friday, 8:00 AM
to 6:00 PM local time or contact us at <u>Dun & Bradstreet
support.</u>

Having trouble seeing this email? View in browser

Please add e.email@dnb.com to ensure delivery of our
emails to your inbox.

This is a notification regarding your service with Dun &
Bradstreet.

Privacy and Terms of Service Notice:
Your privacy is important to us; please see our Privacy
Policy and Terms of Use. To unsubscribe from future emails
click here, or to update your email preferences, please click
here.

