# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| **DEMETRIUS LAMAR THOMPSON,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | **Civil Action No. 4:25-cv-0552-O-BP** |
| § | |
| **THE STATE OF TEXAS,** *et al.*, § | |
| § | |
| **Defendants.** § | |

## ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff Demetrius Lamar Thompson, proceeding *pro se*, filed a complaint and application to proceed *in forma pauperis* ("IFP"). On May 25, 2025, this case was referred to the undersigned for judicial screening pursuant to 28 U.S.C. § 636(b) and Special Order 3. ECF No. 3. After reviewing the pleadings and applicable legal authorities, the Court **ORDERS** the following:

1. Plaintiff's application to proceed IFP is **GRANTED**. ECF No. 2. Plaintiff may proceed in this action without paying the $405 filing and administrative fees.

2. Service of process shall be withheld pending judicial screening under 28 U.S.C. § 1915(e)(2).

3. No amendments or supplements to the complaint shall be filed without prior Court approval or order. A complete amended complaint shall be attached to any motion to amend.

4. All discovery in this case is stayed until Defendants are ordered to answer by the Court.

5. At any time during this proceeding, Defendants may file a motion opposing Plaintiff's continued IFP status if such motion is filed in good faith.

6. Plaintiff shall notify the Court of any change of address by filing a written notice with the clerk of Court. Failure to file such notice may result in this case being dismissed for want of prosecution. *See* Fed. R. Civ. P. 41(b).

It is so **ORDERED** on May 29, 2025.

_Hal R. Ray, Jr._
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE